Leo S. Kositchek, appellee, v. William Downs, trading as Drexel Square Garage, appellant. Gen. No. 31,692.

Action for value of automobile stolen from defendant's garage. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. C. A. Williams, Judge, presiding. Heard in the

second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 4, 1927.

James W. Breen and H. L. Wilson, for appellant; Clyde C. Fisher, of counsel. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.